**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| BIG WILL ENTERPRISES INC., | |
| Plaintiff, | Civil Action File No.: 1:26-cv-02973 |
| v. | |
| CURTISS-WRIGHT CORPORATION, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Big Will Enterprises Inc. ("BWE" or the "Plaintiff") in British Columbia, by and through their undersigned attorneys, files this original Complaint against Curtiss-Wright Corporation ("Curtiss-Wright" or "Defendant") and alleges, based on its own knowledge with respect to itself and its own actions and based on information and belief as to all other matters, as follows:

### INTRODUCTION

**1.**

This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code to enjoin infringement and obtain damages from Defendant's unauthorized manufacture, use, sale, offer to sell, and/or importation into the United States for the subsequent use or sale of products or methods that infringe one or more claims of United States Patents: 9,049,558 ("the '558 Patent"); 8,737,951 ("the '951 Patent"); and 8,452,273 ("the '273 Patent").

**2.**

BWE is an innovative company in the field of sensor technology for determining human activities for health, safety and other uses. BWE's sensor-based technologies go beyond determining simple human locations and offer smartphone users (and other communication-based devices) a personal surveillance system based on their activities. The technologies monitor sensors such as the accelerometer, the gyroscope and others for uniquely identifying human activities; the motion activities can include, for example, but not limited to, standing/stationary, walking, running, driving, skiing, sleeping, snoring, hiking, skateboarding, sky diving, bicycling, unicycling, golfing, falling down, swimming, riding a ski lift, a motor vehicle, a motorcycle, an airplane, a train, or a water vessel, accelerating or decelerating in a motor vehicle, motorcycle, train, airplane, or water vessel, vibrating, propagating through a medium, rotating, riding in a wheelchair, and other human movements, where capturing data and/or providing feedback is desired. BWE has created proprietary technologies in this field of technology since at least 2007 for, among other benefits, the increased health, safety, and wellbeing of its users. BWE's patented technology was developed for use on a wide variety of devices, including smartphones, smartwatches, and other communication and sensor-based devices in use on many popular products in the market today. In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents and falls, among others.

**3.**

A primary inventive concept is method by which a particular human movement can be identified, when the sensors, in this case, those in a mobile phone, have no fixed orientation with respect to the human. A smart phone may be ina user's pocket, purse or backpack, for example

and in no particular orientation. U.S. 8,452,273 cols. 1-3. Prior to the ’273 Patent, there was no effective answer for this problem. BWE’s sensor monitoring, processing and communication technology is covered by the claims of the ’558, ’951, and the ’273 Patents asserted in this action, as well as other BWE patents.

## JURISDICTION AND VENUE

**4.**

BWE is a British Columbia company, incorporated in Canada having its principal place of business at 4573 West 1st Avenue, Vancouver, British Columbia V6R 1H7, Canada.

**5.**

Upon information and belief, Defendant Curtiss-Wright Corporation is a corporation organized under the laws of Delaware, having its headquarters at 130 Harbour Place Drive, Suite 300, Davidson, North Carolina 28036. Curtiss-Wright may be served this Complaint by service upon its registered agent The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, in the City of Wilmington and County of New Castle in the State of Delaware, 19801.

**6.**

This is an action for infringement of a United States patent arising under 35 U.S.C. §§ 271, 281, and 283-285, among others. This Court has subject matter jurisdiction over all causes of action set forth herein pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

**7.**

Venue is proper in this judicial district and division pursuant to 28 U.S.C. §§1391(b) and (c) and 1400(b) in that, upon information and belief, Defendant operates a “brick and mortar” corporate facility within this district at 707 Jeffrey Way, Round Rock, TX 78665. Defendant

routinely does business within this district, Defendant has committed acts of infringement within this district, and Defendant continues to commit acts of infringement within this district.

**8.**

Curtiss-Wright designs, manufactures, and sells infringing aircraft flight-data recording and access solutions used in commercial, business, and defense aviation, including its Cockpit Panel Quick Access Recorder ("CPQAR"), Acra KAM-500 data-acquisition architecture, and related flight-recording product offerings. Curtiss-Wright markets and sells these systems within in this State and District. Defendant also provides an online presence under the domain name curtisswright.com, which is available to customers and prospective customers within this State and District. As a result of Defendant's business activities in this State and District, on information/ and belief, Defendant has had continuous and systematic contacts with this State and District.

**9.**

Upon information and belief, Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to Defendant's substantial business in this State and judicial district, including: (i) at least a portion of the infringements alleged herein; and/or (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from services provided to individuals in Texas and in this district.

**ALLEGATIONS COMMON TO ALL COUNTS**

**10.**

Plaintiff owns all right, title, interest in, and has standing to sue for infringement the following patents: United States Patent No. 9,049,558, entitled "Systems and methods for determining mobile thing motion activity (MTMA) using sensor data of wireless communication device (WCD) and initiating activity-based actions," issued on June 02, 2015; United States Patent

No. 8,737,951, entitled "Interactive personal surveillance and security (IPSS) systems and methods," issued on May 27, 2014; and United States Patent No. 8,452,273, entitled "Systems and methods for determining mobile thing motion activity (MTMA) using accelerometer of wireless communication device," issued May 28, 2013. Copies of the '558 Patent, the '951 Patent, and the '273 Patent are attached as Exhibits 1-3.

**11.**

BWE is a global leader and innovator in the field of sensor technology for determining human activities for health, safety and other uses. These proprietary technologies and innovations were being developed since 2007 for the increased health, safety and wellbeing of its users. BWE patented technology was developed for use on a wide variety of devices, including smartphones and wearables and are in use on many popular products in the market today. In addition to licensing, BWE has incorporated its patented technology in its own test platforms for determining human activities, motions within activities, accidents and falls, among others.

**12.**

BWE's sensor based technologies go beyond determining human locations by uniquely identifying human activities for automatically monitoring and tracking movements, such as sleep, stationary, walking, running, cycling, falling down, rotating and other human movements where capturing data and/or providing feedback is desired.

**13.**

BWE's sensor monitoring, processing and communication technologies are covered by the claims of the '558 Patent, the '951 Patent, and the '273 Patents which are asserted in this action, as well as other BWE patents.

**14.**

Flight data recorders and flight-parameter recording architectures have existed in aviation for decades, and BWE is not asserting ownership over legacy flight-data recording or the general concept of capturing aircraft parameters. Rather, the Asserted Patents address sensor-based motion processing techniques that enable modern systems to extract materially more accurate and actionable motion activities and event determinations from multi-axis motion data—particularly through reference-based orientation recognition, reference-framework construction, and normalization of subsequent motion data so it can be analyzed consistently even when the sensing device is not perfectly aligned or when gravitational components and changing attitudes would otherwise distort raw readings. These advancements enable more reliable identification, classification, and reporting of motion events and operational exceedances from time-correlated multi-axis data streams, and they are the basis for BWE's infringement contentions regarding modern onboard sensing, processing, and analysis workflows.

**15.**

Curtiss-Wright Defense Solutions designs, manufactures, and sells aircraft flight-data recording and access solutions used in commercial, business, and defense aviation, including its Cockpit Panel Quick Access Recorder ("CPQAR") and related flight-recording product offerings. Curtiss-Wright markets CPQAR as providing access to in-flight recorded data for flight-data nanalysis workflows by capturing and storing aircraft operational data for post-flight review and reporting.

**16.**

Curtiss-Wright describes CPQAR as a cockpit-panel quick-access recorder designed to support flight-data analysis through access to in-flight recorded data. In practice, a quick access

recorder such as CPQAR records aircraft sensor-derived flight parameters carried on aircraft flight-data interfaces and recorded flight-data streams. Those recorded parameter channels include motion-indicative values produced by aircraft onboard sensor systems and represented in axis-referenced flight-data channels, including acceleration/load-related components used in operational event and exceedance monitoring. Because these motion-indicative flight parameters are represented in an aircraft-axis coordinate framework, the recorded multi-channel, time-correlated data supports reference-based comparison of subsequent time-series samples relative to baseline conditions and defined thresholds. In flight-data monitoring workflows, this reference framework is used to compare and evaluate time-series sample sets across flight phases to identify deviations, exceedances, and operational motion events based on recorded aircraft motion behavior.

**17.**

BWE therefore understands and contends that Curtiss-Wright's CPQAR workflow—through onboard acquisition and recording of time-correlated aircraft flight-parameter streams (including acceleration/load-related values carried in the recorded aircraft data), support for reference-based comparison of recorded motion samples to defined thresholds for post-flight analysis, and provision of recorded flight data for downstream processing and reporting—provides a product-specific basis for determining aircraft motion activities using sensor-derived motion data captured while the recorder is mounted in and transported by the aircraft. https://defense-solutions.curtisswright.com/products/storage-recorders/flight-recorders/cpqar (attached as Exhibit 4) and https://defense-solutions.curtisswright.com/resources/cockpit-panel-quick-access-recorder-data-sheet (attached as Exhibit 5).

**18.**

In addition to the CPQAR, Curtiss-Wright manufactures the Acra KAM-500 data-acquisition architecture. The Curtiss-Wright Acra KAM-500 is a rugged, modular airborne data acquisition system (DAS) designed for flight test instrumentation (FTI), space missions, and system monitoring. Core Architecture Components include a Modular Chassis and a Bus Control Unit, which Acts as the system controller managing internal communication, configuration, and time synchronization. The architecture accepts Commercial Off-the-Shelf User Modules, such as analog/digital I/O, strain gauges, accelerometers, ARINC-429, and video encoders.

**1. Wireless Sensor Network Overview**

The LORD Sensing Wireless Sensor Network is a high-speed, scalable, sensor data acquisition and sensor networking system. Each system consists of wireless sensor interface nodes, a data collection gateway, and full-featured user software platforms based on the LORD Sensing Lossless Extended Range Synchronized (LXRS) data communications protocol. Bi-directional wireless communication between the node and gateway enables sensor data collection and configuration. Gateways can be connected locally to a host computer or remotely via local and mobile networks. Some gateways also feature analog outputs for porting sensor data directly to stand-alone data acquisition equipment.




**19.**

Curtiss-Wright expressly supports the G-Link-200 family of wireless accelerometer nodes through its KAM/WSI/104/C wireless interface within the Acra KAM-500 data-acquisition architecture. Curtiss-Wright's June 23, 2020 product announcement identifies the G-Link-200, G-Link-200-R and G-Link-200-OEM as supported three-axis wireless accelerometers and describes the KAM/WSI/104/C as integrating wireless sensor-node data into the KAM-500 environment. Curtiss-Wright further states that each channel on a remote LXRS node is represented as an analog

channel on the KAM/WSI/104, permitting the node channels to be mapped into the acquisition system and its PCM/Ethernet outputs. Curtiss-Wright, June 23, 2020, "Curtiss-Wright Boosts High-Speed Wireless Data Acquisition Support for Flight Test and Monitoring Applications," pp. 1–3 (attached as Exhibit 6).

**20.**

The G-Link-200 is not merely a passive accelerometer element. Manufacturer documentation identifies an onboard triaxial accelerometer and programmable operating behavior, including calibrated acceleration measurement, accelerometer-derived tilt/pitch/roll capability, derived vibration outputs, configurable sampling, and event-triggered operation. Curtiss-Wright identifies SensorConnect as the software used to program supported wireless nodes for continuous, periodic-burst, or event-triggered sampling. These capabilities provide the factual basis for the claim-specific allegations below; the exact firmware algorithms, state logic, configuration files and processing allocation are not publicly disclosed and are alleged on information and belief. Exhibit 6; HBK/MicroStrain, G-Link-200 User Manual, Doc. 8500-0069 (attached as Exhibit 7); G-Link-200 Inclinometer Channel Setup (attached as Exhibit 8); SensorConnect Changelog 2026-02-03 (attached as Exhibit 9).

**21.**

Curtiss-Wright's Applications Handbook documents the KAM/WSI/104 architecture receiving wireless-node data and mapping node channels into the KAM-500 system. The handbook further states that when a node sends a data packet, the timestamp corresponds to the time of the first sample in the packet. The documented packetization paths preserve node timing information, including UTC-based timing for IENA packetization and conversion to PTP in iNET-X processing. This provides a concrete public basis for the receipt of time-associated sensor data

from the aircraft-carried wireless node, rather than relying on generic downstream flight-recorder data. Curtiss-Wright Applications Handbook — Technical Notes, HW/BK/0005, Jan. 9, 2024, TEC/NOT/084 "Using the KAM/WSI/104," §§55.1, 55.3 and 55.5, printed pp. 505–512 (attached as Exhibit 10). The KAM/WSI/104/C product specification also distinguishes packetized node data from mapped analog parameters. Curtiss-Wright KAM/WSI/104/C Product Specification, DST/AC/034, Sept. 20, 2022, pp. 6–10 (attached as Exhibit 11). For the infringement theories that depend on sample timing, BWE relies principally on the node-packetized path because the documentation ties the node timestamp to the first sample in the packet and does not require the fixed one-second latency associated with mapped analog parameters.

**22.**

A triaxial accelerometer measures acceleration/specific force along device-fixed *x*, *y* and *z* sensing axes. Those axes move with the installed node, while gravity provides an external physical reference. As orientation changes, the gravity-related contribution is redistributed among the sensor axes. Accordingly, a system that seeks movement in a reference framework may use measured sensor information to establish the relationship between the device axes and gravity/vertical or another reference direction, and then use that relationship when interpreting subsequent measurements. BWE does not contend that a fixed 1g constant, factory gain/offset calibration, an aircraft-axis label, or the mere existence of pitch/roll output alone satisfies the asserted reference limitations. The G-Link-200 documentation is significant because it establishes accelerometer-derived orientation capability in the same wireless sensing family. The G-Link-200 Inclinometer Channel Setup identifies an onboard triaxial accelerometer and selectable tilt mode with pitch and roll outputs. Pitch is associated with accelerometer Channel 1 and roll with Channel 2. HBK/MicroStrain, G-Link-200 Inclinometer Channel Setup, pp. 1–3 (attached as

Exhibit 10). On information and belief, in the accused configurations identified below, measured accelerometer samples are used to establish orientation/reference information, that information defines the relationship of subsequent three-dimensional samples to a reference framework, and the resulting relationship is used to calculate movement and determine an aircraft motion activity. The exact reference representation may consist of angles, vectors, coefficients, transforms, offsets or an equivalent representation.

**COUNT I**

**DIRECT INFRINGEMENT OF THE '558 PATENT**

**23.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-22.

**24.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the '558 Patent by its manufacturing, selling, offering to sell, and using the CPQAR and related flight-recording product offerings within the United States.

**25.**

Independent Claim 1 of the '558 Patent, shown in italics, recites:

> *1. A method, comprising: receiving a time value and at least three streams of data sample values from one or more sensors of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of movement of the WCD at a corresponding time value;*

Curtiss-Wright's Cockpit Panel Quick Access Recorder ("CPQAR") is an onboard recorder installed in the aircraft and transported by the aircraft during operation. Curtiss-Wright describes CPQAR as supporting the "confidence and efficiency of flight data analysis" by providing access to "in-flight recorded data." In use, CPQAR records time-correlated aircraft flight-parameter streams copied from aircraft sensor/avionics sources (i.e., multiple concurrent parameter channels

recorded as time-series samples), including motion-indicative channels used in operational analysis.

> *recognizing a particular set of data sample values as a reference for defining an orientation of the WCD in a coordinate system;*

In CPQAR-based flight-data analysis workflows, the recorded parameter channels are expressed in the aircraft's axis-referenced coordinate conventions (aircraft-body axes) used for flight monitoring and safety analysis. Those aircraft-axis conventions provide the coordinate system in which motion-indicative parameters (including acceleration/load-related channels present in recorded flight data) are interpreted consistently. Accordingly, baseline/reference portions of the recorded flight data (e.g., steady-state or "normal condition" segments used in flight-data analysis configuration) serve as the reference set that anchors interpretation of subsequent samples in the same aircraft-axis coordinate framework.

> *computing reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent non-reference data sample values and the particular reference set of data sample values in the coordinate system;*

Curtiss-Wright positions CPQAR around enabling flight-data analysis based on reliable access to in-flight recorded data. In such workflows, reference criteria (including baseline definitions, thresholds, and/or other reference conditions used in operational event monitoring) are computed/applied from the reference segments and define how later (non-reference) time-series samples are related back to the baseline in the same coordinate framework for consistent comparison and evaluation across flight phases.

> *calculating movement data in the coordinate system of one or more other non-reference data sample values based upon the reference data; and*

Using the recorded, time-correlated parameter streams captured by CPQAR, flight-data analysis workflows calculate aircraft movement behavior over time within the aircraft-axis coordinate

system—deriving movement metrics from the recorded samples and evaluating those metrics relative to the applicable reference criteria (baseline/threshold framework). This calculation supports operational monitoring across flight phases using the recorded in-flight data CPQAR provides.

> *determining a mobile thing motion activity (MTMA) associated with the MT based upon the movement data.*

CPQAR is marketed specifically to support flight-data analysis using in-flight recorded data. In operational monitoring programs, that analysis identifies aircraft motion activities and operational exceedance events based on calculated movement data derived from recorded time-series parameter streams (including motion-indicative channels). Thus, CPQAR-based workflows provide a product-specific basis for determining aircraft motion activities (MTMAs) associated with the aircraft from the processed motion data captured while the recorder is transported by the aircraft.

**26.**

Claim 13 of the '558 Patent, for example, recites:

> *13. The method of claim 1, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

Curtiss-Wright's CPQAR workflow is implemented in an onboard/remote architecture. Onboard, CPQAR captures and stores in-flight recorded data while transported by the aircraft. That recorded flight data is then used in flight-data analysis workflows performed in remote computer systems (ground or server environments) for post-flight processing, event/exceedance detection, reporting, and operational review. Accordingly, one or more steps of Claim 1 are implemented in the onboard device, in a remote computer system, or in a combination of both.

**27.**

Independent Claim 17 of the '558 Patent, shown in italics, recites:

> *17. A method, comprising: receiving first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

Curtiss-Wright's Cockpit Panel Quick Access Recorder ("CPQAR") is installed onboard the aircraft and transported by the aircraft during operation. Curtiss-Wright describes CPQAR as providing access to "in-flight recorded data" to support flight data analysis. Accordingly, CPQAR receives and records first and second sets of time-series flight-parameter data streams from aircraft onboard sensor/avionics sources (multiple concurrent parameter channels recorded as time-associated samples) that are indicative of aircraft movement over time.

> *determining reference data that defines a reference framework from the first data;*

Because CPQAR records aircraft flight-parameter streams within the aircraft's axis-referenced flight-data conventions, the recorded samples are interpreted in a consistent aircraft-axis coordinate framework used for operational monitoring. In flight data analysis workflows supported by CPQAR's "in-flight recorded data," baseline/reference segments and configured monitoring criteria derived from the first data define the reference framework used to evaluate subsequent samples, including for event and exceedance determination.

> *normalizing the second data with the reference data so that the second data can be analyzed in the reference framework; and*

Using the defined aircraft-axis reference framework and baseline/monitoring criteria established from the first data, subsequent (second) time-series samples are evaluated in the same framework so they can be compared consistently across time and flight phases. This implements

normalization of the second data using the reference data so the second data can be analyzed consistently within the established reference framework.

> *identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

Curtiss-Wright positions CPQAR as enabling flight data analysis based on access to in-flight recorded data. In operational monitoring programs, those recorded time-series parameter streams are analyzed to identify motion-related operational events and exceedances based on the aircraft's movement behavior reflected in the normalized, axis-referenced data (including motion-indicative channels). Thus, CPQAR-supported workflows provide a product-specific basis for identifying aircraft motion activities (MTMAs) from the processed motion data.

**28.**

Claim 25 of the '558 Patent, for example, recites:

> *25. The method of claim 17, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

Curtiss-Wright's CPQAR workflow is implemented in an onboard/remote architecture. MOnboard, CPQAR captures and stores in-flight recorded data while transported by the aircraft. That recorded flight data is then used in flight data analysis workflows performed in remote computer systems (ground or server environments) for post-flight processing, event/exceedance detection, reporting, and operational review. Accordingly, one or more steps of Claim 17 are implemented onboard the device, in remote computer systems, or in a combination of both.

**29.**

Independent Claim 27 of the '558 Patent, shown in italics, recites:

> *27. A method for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising:*

Curtiss-Wright's Cockpit Panel Quick Access Recorder ("CPQAR") is an onboard flight-data recorder installed in, and transported by, the aircraft during operation. Curtiss-Wright markets CPQAR for "flight data monitoring" and "flight operational quality assurance," and states that flight-data analysis depends on access to reliable "in-flight recorded data." Accordingly, CPQAR is a recorder-based system designed to support detection of multiple monitored aircraft operational events (i.e., a plurality of aircraft motion activities) through capture and downstream analysis of recorded flight-parameter streams.

> *receiving a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;*

CPQAR receives and records a plurality of time-associated aircraft flight-parameter sample values from aircraft sensor/avionics sources while the recorder is transported by the aircraft. MCurtiss-Wright describes CPQAR as "ARINC 573/717/429 flight data recorder compatible" and as providing "time stamp recording," reflecting receipt and storage of multi-channel flight-data sample streams (i.e., multiple concurrent parameter channels recorded as time-correlated samples) that are indicative of aircraft movement.

> *computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values; calculating movement data based upon the reference data and the data sample values; and*

In CPQAR's flight-data monitoring / FOQA use cases, recorded parameter streams are evaluated in a consistent, aircraft-axis reference framework inherent to FDR/QAR flight-data conventions (i.e., the coordinate/axis framework in which aircraft motion and load parameters are represented for monitoring). Within that framework, reference criteria (e.g., baseline conditions, configured thresholds, and other reference definitions used for monitoring and comparison) define how time-series sample values are compared, and movement behavior is calculated from the recorded sample

streams for operational analysis. Curtiss-Wright further describes its recorder solutions as including "tightly integrated replay and analysis software," supporting implementation of these reference-based comparison and movement-calculation steps within the CPQAR-enabled recording/analysis workflow.

> *determining an MTMA associated with the MT based upon the movement data.*

Curtiss-Wright expressly positions CPQAR for "flight data monitoring" and "flight operational quality assurance," which are event/exceedance monitoring programs that identify operational motion events based on processed flight-data streams. Using calculated movement behavior derived from the recorded, time-stamped multi-channel flight parameters, CPQAR-supported workflows determine aircraft motion activities (MTMAs) associated with the aircraft—i.e., monitored operational events and exceedances determined from recorded motion-indicative flight data.

**30.**

Independent Claim 42 of the '558 Patent, shown in italics, recites:

> *42. A system, comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

Curtiss-Wright's Cockpit Panel Quick Access Recorder ("CPQAR") comprises onboard aircraft-installed electronic hardware that includes memory and processing components configured to acquire, store, and provide aircraft flight-data streams for flight data monitoring and analysis workflows. Curtiss-Wright describes CPQAR as providing access to "in-flight recorded data" used in flight-data analysis environments, reflecting a system architecture that stores and processes recorded flight-parameter streams generated during aircraft operation while the recorder is transported by the aircraft.

> *code to receive first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

CPQAR receives and records aircraft flight-parameter streams originating from aircraft sensor and avionics systems through flight-data interfaces compatible with ARINC 573/717/429 flight-data architectures. These recorded parameter streams include time-associated samples from multiple concurrent flight-data channels, including motion-indicative parameters generated by aircraft onboard sensing systems (e.g., parameters reflecting aircraft movement and load behavior). Accordingly, CPQAR receives first and second sets of motion-indicative flight-data samples while the recorder is transported by the aircraft.

> *code to determine reference data that defines a reference framework from the first data;*

Aircraft flight-data parameters recorded by CPQAR are expressed within the aircraft-axis reference conventions used by flight-data monitoring and safety analysis programs. In CPQAR-supported flight-data analysis workflows, baseline conditions, monitoring thresholds, and other defined criteria derived from the recorded data establish reference data that defines the reference framework used to evaluate subsequent motion-indicative samples across time and flight phases.

> *code to normalize the second data with the reference data so that the second data can be analyzed in the reference framework; and*

Using the reference framework established from the first recorded data, subsequent time-series samples are evaluated in the same coordinate and monitoring framework so that the second data can be analyzed consistently relative to the reference conditions. This process normalizes the later data sets relative to the established baseline framework, allowing flight-data monitoring workflows to compare motion-indicative samples across time and operating conditions.

> *code to identify a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

Curtiss-Wright positions CPQAR as enabling flight-data monitoring and analysis using in-flight recorded data. Within these workflows, the normalized motion-indicative data streams are analyzed to identify aircraft operational motion activities and exceedance events based on aircraft movement behavior reflected in the processed flight-data samples.

**31.**

Claim 50 of the ’558 Patent, for example, recites:

> *50. The system of claim 42, wherein the system is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

Curtiss-Wright’s CPQAR workflow is implemented through a combination of onboard recording and remote analysis systems. The onboard recorder captures and stores in-flight recorded data while transported by the aircraft, and the recorded data is subsequently used in remote flight-data analysis environments (e.g., ground-based or server systems) for post-flight event detection, operational monitoring, and reporting. Accordingly, the system is implemented in the onboard device, in remote computer systems, or in a combination of both.

**32.**

Independent Claim 52 of the ’558 Patent, shown in italics, recites:

> *52. A system for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

Curtiss-Wright’s Cockpit Panel Quick Access Recorder (“CPQAR”) is an onboard flight-data recording system installed in, and transported by, the aircraft during operation. CPQAR includes embedded electronics with memory and processors configured to record and store aircraft flight-parameter streams for operational monitoring and flight-data analysis. Curtiss-Wright describes

CPQAR as providing access to "in-flight recorded data" used for flight data monitoring and analysis workflows that identify operational events from recorded flight parameters.

> *code to receive a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;*

CPQAR receives and records aircraft flight-data streams originating from aircraft onboard sensor and avionics systems through interfaces compatible with ARINC 573/717/429 flight-data architectures. These interfaces carry multiple concurrent parameter channels that are recorded as time-associated sample streams. Those recorded channels include motion-indicative parameters produced by aircraft onboard sensor systems and represented in axis-referenced flight-data channels, including acceleration/load-related components associated with aircraft movement. Accordingly, CPQAR receives a plurality of motion-indicative data sample values while the recorder is transported by the aircraft.

> *code to compute reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values;*

Aircraft flight-parameter streams recorded by CPQAR are expressed within the aircraft-axis coordinate conventions used for flight-data monitoring and safety analysis. In CPQAR-supported monitoring workflows, baseline conditions, monitoring thresholds, and other defined operational criteria derived from the recorded data define reference data that establishes the reference framework used to compare subsequent time-series samples representing aircraft motion behavior.

> *code to calculate movement data based upon the reference data and the data sample values; and*

Using the established aircraft-axis reference framework, CPQAR-recorded parameter streams are processed in downstream flight-data monitoring workflows to calculate aircraft movement behavior from the recorded time-series sample values. These calculations evaluate motion-

indicative parameters relative to the applicable reference conditions and monitoring thresholds used in flight-data analysis programs.

> *code to determine an MTMA associated with the MT based upon the movement data.*

Curtiss-Wright markets CPQAR as supporting flight data monitoring and operational analysis based on in-flight recorded data. Within those workflows, the calculated aircraft movement behavior derived from the recorded flight-parameter streams is used to determine aircraft motion activities and operational events associated with aircraft operation, including monitored conditions and exceedances identified from the processed motion-indicative data.

**COUNT II**

**DIRECT INFRINGEMENT OF THE ’951 PATENT**

**33.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-22.

**34.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the ’951 Patent by its manufacturing, selling, offering to sell, and using the CPQAR and related flight-recording product offerings within the United States.

**35.**

Independent Claim 1 of the ’951 Patent, shown in italics, recites:

> *1. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising:*

Curtiss-Wright’s Cockpit Panel Quick Access Recorder (“CPQAR”) comprises onboard aircraft-installed electronic hardware with memory and processors that execute program code to acquire, store, and provide access to “in-flight recorded data” for flight-data monitoring and analysis

workflows. Curtiss-Wright describes CPQAR as compatible with ARINC 573/717/429 flight-data architectures and providing time-stamp recording, reflecting an onboard device that stores and manages time-series flight-parameter streams while transported by the aircraft.

> *instructions to enter a first mode of operation involving a first investigation process with one or more sensors, the first investigation process capturing first data with the one or more sensors;*

CPQAR implements a first operational mode involving routine, programmed acquisition and recording of aircraft flight-parameter streams as time-series data. In this first investigation process, CPQAR captures first data from aircraft onboard sensor/avionics sources through its ARINC-compatible flight-data interfaces and stores the resulting multi-channel parameter streams as time-stamped recorded data for flight-data monitoring and analysis.

> *instructions to determine whether or not the first data is indicative of an activity relating to a user need for assistance, an accident, or a crime; and*

CPQAR is used in flight-data monitoring/FOQA workflows in which recorded flight-data streams are evaluated to determine whether the recorded data indicates safety-relevant operational activity requiring further attention and investigation. In aviation operational monitoring, recorded time-series parameters are reviewed to identify accident-related or safety-critical events reflected in the recorded aircraft motion and operational behavior, including conditions implicating operational response and investigation.

> *instructions to, when the first data may involve the activity, enter into a second mode of operation involving a second investigation process that is different than the first investigation process and that involves the one or more sensors and/or one or more other sensors in order to capture second data that is further indicative of the activity.*

When the initial recorded data indicates a safety-relevant condition or event, CPQAR-enabled workflows proceed with an additional, different investigation process—event-focused review, analysis, and reporting—using the recorded flight data to obtain further indicative information

about the event and surrounding operational context. CPQAR supports this second investigation process by providing access to the recorded flight-data stream for deeper post-flight investigation following an identified condition.

**36.**

Claim 8 of the ’951 Patent, for example, recites:

> *8. The system of claim 1, wherein the computer program code further comprises: instructions to compare the first data and/or the second data with reference data; and instructions to detect an event in an environment associated with the WCD based upon the comparison.*

CPQAR-enabled flight-data monitoring/FOQA workflows compare recorded time-series flight parameters against defined baselines, thresholds, and other reference criteria to detect monitored events and exceedances in the aircraft operating environment.M CPQAR supports this comparison-and-detection function by capturing and storing the underlying time-stamped flight-parameter streams used for reference-based event detection.

**37.**

Claim 9 of the ’951 Patent, for example, recites:

> *9. The system of claim 8, wherein the comparison is in the time domain, frequency domain, or both.*

CPQAR records time-stamped flight data as time-series parameter streams, and event detection in flight-data monitoring/FOQA workflows is performed by evaluating those parameter values over time against defined reference criteria, constituting comparison in the time domain.

**38.**

Independent Claim 10 of the ’951 Patent, shown in italics, recites:

> *9. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising:*

Curtiss-Wright's Cockpit Panel Quick Access Recorder ("CPQAR") comprises onboard aircraft-installed electronic hardware with memory and processors that execute program code to acquire, store, and provide access to "in-flight recorded data" for flight-data monitoring and analysis workflows. Curtiss-Wright describes CPQAR as compatible with ARINC 573/717/429 flight-data architectures and providing time-stamp recording, reflecting an onboard device that stores and manages time-series flight-parameter streams while transported by the aircraft.

> *instructions to produce data from one or more sensors associated with the WCD; instructions to determine a human body physical activity (HBPA) associated with a WCD user based upon the data;*

CPQAR executes program code to produce aircraft sensor-derived flight-parameter data by recording time-series flight data through ARINC-compatible flight-data interfaces. The recorded parameter channels include motion-indicative and operational values generated by aircraft onboard sensing systems and reflective of aircraft dynamics during operation, including acceleration/load-related channels captured as time-stamped samples. These recorded motion-related operational conditions constitute human body physical activity associated with the WCD user during aircraft operation, as determined from the recorded sensor-derived flight data.

> *instructions to select a mode of operation from a set of modes, based upon the determined HBPA, the set including different modes of operation involving initiation of different investigation processes that capture different types of data; and*

CPQAR-enabled workflows support distinct operational processes, including routine flight-data capture and event-focused investigation and analysis when monitored conditions are implicated. Based on the operational activity reflected in the recorded motion/flight data, the workflow proceeds under different investigation processes for event review, analysis, and reporting within flight-data monitoring/FOQA programs, reflecting selection among different modes of operation tied to the detected operational activity.

> *instructions to communicate the data to a remote computer system.*

CPQAR provides recorded flight data for post-flight monitoring and analysis performed in remote computer systems and servers. The recorded flight-parameter streams and resulting monitoring outputs are therefore communicated and/or provided to remote computer systems for post-flight event detection, analysis, reporting, and operational review.

**COUNT III**

**DIRECT INFRINGEMENT OF THE ’273 PATENT**

**39.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-22.

**40.**

Defendant has directly infringed and continues to directly infringe at least one or more claims of the ’273 Patent by its manufacturing, selling, offering to sell, and using the CPQAR and related flight-recording product offerings within the United States.

**41.**

Independent Claim 22 of the ’273 Patent, shown in italics, recites:

> *22. A method, comprising: receiving a time value and three streams of data sample values from an accelerometer of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of an acceleration of the WCD along an axis of a three dimensional (3D) coordinate system at a corresponding time value;*

Curtiss-Wright’s Cockpit Panel Quick Access Recorder (“CPQAR”) is installed onboard the aircraft and transported by the aircraft during operation. Curtiss-Wright describes CPQAR as providing access to “in-flight recorded data” for flight-data monitoring and analysis, and as compatible with ARINC 573/717/429 flight-data architectures with time-stamp recording. In practice, these recorded flight-data streams include time-associated parameter channels sourced from aircraft onboard sensor systems, including acceleration/load-related channels generated by

onboard accelerometer/inertial systems and represented along aircraft axes (three-dimensional axes) at corresponding time values.

> *computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of 3D sets of data sample values;*

Because CPQAR records aircraft flight-data streams within the aircraft's axis-referenced flight-data conventions (ARINC 573/717/429 architectures), the recorded acceleration/load-related parameter channels remain aligned to the aircraft-axis reference framework used for operational monitoring. In flight-data monitoring/FOQA workflows enabled by CPQAR's access to recorded data, baseline conditions and defined monitoring thresholds establish the reference framework that defines how multi-axis time-series sample sets are compared across flight phases. This constitutes computing and applying reference data that relates recorded 3D acceleration sample sets to a defined reference framework to enable comparison of 3D sets of data sample values.

> *calculating movement data for each set based upon the reference data; and*

Within CPQAR-enabled flight-data monitoring and analysis workflows, recorded time-series samples—including multi-axis acceleration/load-related channels—are evaluated within the aircraft-axis reference framework and relative to baseline/threshold reference criteria to calculate aircraft movement behavior across time and flight phases. This processing calculates movement data for each set of recorded multi-axis samples based upon the reference framework and the recorded sample values.

> *determining a moving thing motion activity (MTMA) associated with the MT based upon the movement data.*

Curtiss-Wright positions CPQAR for flight-data monitoring/analysis using in-flight recorded data. In those workflows, the reference-aligned multi-axis acceleration/load-related parameter streams captured from the aircraft flight-data system are analyzed to identify motion-related operational

events and exceedances associated with the aircraft's movement behavior. These determinations constitute identification of aircraft motion activities (MTMAs) associated with the aircraft based on processed movement data derived from the recorded acceleration-related samples.

**COUNT IV**

**INDUCED INFRINGEMENT OF THE '558 PATENT**

**42.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-22.

**43.**

Defendant has induced infringement and continues to induce infringement under 35 U.S.C. § 271(b) at least one or more claims of the '558 Patent by its advertising and instructing users to combine the G-Link-200 family of wireless accelerometer nodes with Defendant's Acra KAM-500 data-acquisition architecture within the United States.

**44.**

Independent Claim 1 of the '558 Patent, shown in italics, recites:

> *1. A method, comprising: receiving a time value and at least three streams of data sample values from one or more sensors of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of movement of the WCD at a corresponding time value;*

The aircraft-carried G-Link-200 is the proposed WCD. Its onboard triaxial accelerometer supplies successive *x*-, *y*-, and z-axis measurements. Curtiss-Wright expressly identifies the G-Link-200 family as supported three-axis wireless accelerometers and documents receipt of remote LXRS node channels through the KAM/WSI/104/C into the Acra KAM-500 architecture. Curtiss-Wright further documents that a node packet timestamp corresponds to the first sample in the packet. The claimed streams are the successive *x*/*y*/*z* sample sequences; they need not be separate radio transmissions.

*recognizing a particular set of data sample values as a reference for defining an orientation of the WCD in a coordinate system;*

During initialization, calibration, zeroing, filtering, or another orientation-establishment operation, the accused processing recognizes measured G-Link-200 accelerometer samples as an orientation reference relating the device-fixed axes to gravity/vertical or another reference direction. The basis includes calibrated triaxial acceleration and accelerometer-derived tilt/pitch/roll capability.

*computing reference data based upon the recognition of the particular set, the reference data defining a relationship between each set of subsequent non-reference data sample values and the particular reference set of data sample values in the coordinate system;*

The accused processing computes reference information from the recognized orientation sample set and uses that information to define the relationship of later *x*/*y*/*z* samples to the established orientation reference. The reference information may be represented by angles, vectors, coefficients, transforms, offsets, normalized quantities, or equivalent data.

*calculating movement data in the coordinate system of one or more other non-reference data sample values based upon the reference data; and*

The reference information is applied to subsequent accelerometer measurements to calculate movement in the applicable reference coordinate system, including accounting for orientation-dependent gravity contribution where necessary. G-Link-200 documentation identifies derived movement quantities including RMS, crest factor, peak-to-peak, and Velocity RMS. BWE's contention is that at least one accused processing path uses the preceding reference relationship when calculating subsequent movement.

*determining a mobile thing motion activity (MTMA) associated with the MT based upon the movement data.*

The resulting reference-derived movement data is used to determine an aircraft MTMA, including acceleration/deceleration, vibration, rotation, impact/shock, or another qualifying aircraft movement state. Curtiss-Wright identifies the supported architecture for flight test,

condition-based monitoring, structural-health monitoring, and usage monitoring. The contention is the complete reference-data → movement-data → MTMA chain, not merely a raw threshold that causes recording.

**45.**

Claim 13 of the '558 Patent, for example, recites:

> *13. The method of claim 1, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

Curtiss-Wright's documented architecture provides a local/remote path: The aircraft-carried G-Link-200 performs onboard sensing and programmable processing; the KAM/WSI/104/C receives wireless node information into the Acra KAM-500 environment; node data can be packetized or mapped into acquisition outputs; and connected computer processing can receive, display, record, or analyze the resulting information. One or more Claim 1 operations are implemented in the G-Link-200, in connected remote computer processing, or in a combination of both.

**46.**

Independent Claim 17 of the '558 Patent, shown in italics, recites:

> *17. A method, comprising: receiving first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

The aircraft-carried G-Link-200 is the proposed WCD. Its onboard triaxial accelerometer produces successive time-associated measurements. An earlier set of *x*/*y*/*z* measurements reads on the first data and later *x*/*y*/*z* measurements reads on the second data. Curtiss-Wright documents wireless receipt of G-Link-200-family node data through the KAM/WSI/104/C into the Acra KAM-500 architecture and ties the node packet timestamp to the first sample in the packet.

> *determining reference data that defines a reference framework from the first data;*

The accused processing determines reference data from the first G-Link-200 accelerometer data that defines a reference framework, including the relationship between the device-fixed sensing axes and gravity/vertical or another applicable reference direction. The basis includes calibrated triaxial acceleration and accelerometer-derived tilt/pitch/roll capability.

> *normalizing the second data with the reference data so that the second data can be analyzed in the reference framework; and*

The second G-Link-200 data is normalized or otherwise transformed using the reference data so that the later measurements can be analyzed consistently in the established reference framework. A dependency exists between the first-data-derived reference information and the treatment of the later data; the exact transform, gravity treatment, filtering, and allocation are subjects for discovery.

> *identifying a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

The normalized second data is used to identify an aircraft MTMA, including acceleration/deceleration, vibration, rotation, impact/shock, or another qualifying aircraft motion state. Curtiss-Wright identifies the G-Link-200/KAM-500 architecture for flight-test and monitoring applications. BWE alleges the causal chain first data → reference framework → normalized second data → aircraft MTMA.

**47.**

Claim 25 of the ’558 Patent, for example, recites:

> *25. The method of claim 17, wherein one or more of the steps of the method is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

The documented G-Link-200 → KAM/WSI/104/C → Acra KAM-500 architecture supports implementation across the WCD and connected remote computer processing. One or more Claim 17 operations are performed in G-Link-200 onboard firmware, in connected computer processing receiving the node data through the KAM-500 architecture, or in a combination of both.

**48.**

Independent Claim 27 of the ’558 Patent, shown in italics, recites:

> *27. A method for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising:*

The G-Link-200 and its programmed operation within the Curtiss-Wright-supported KAM/WSI/104/C / Acra KAM-500 architecture are configured to support detection of multiple aircraft MTMAs from motion sensing, including acceleration/deceleration, vibration, rotation, impact/shock, and other qualifying movement states. The G-Link-200 is the proposed WCD and the aircraft is the MT.

> *receiving a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;*

The G-Link-200's onboard triaxial accelerometer supplies a plurality of successive *x*/*y*/*z* data sample values indicative of movement while the node is transported by the aircraft. Curtiss-Wright documents receipt of remote node channels through the KAM/WSI/104/C into the Acra KAM-500 environment and preserves node timing in the packetized path.

> *computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values; calculating movement data based upon the reference data and the data sample values; and*

The accused processing computes reference data defining the relationship between G-Link-200 motion samples and a reference framework, including gravity/vertical or another applicable

reference direction, and uses that reference data with the sample values to calculate movement. The basis includes calibrated triaxial acceleration, accelerometer-derived tilt/pitch/roll, and derived movement outputs.

> *determining an MTMA associated with the MT based upon the movement data.*

The calculated movement data is used to determine an aircraft MTMA. Representative activities include acceleration/deceleration, vibration, rotation, impact/shock, or another qualifying movement state. The MTMA is based on the reference-derived movement data, not merely on receipt or storage of raw acceleration.

**49.**

Independent Claim 42 of the ’558 Patent, shown in italics, recites:

> *42. A system, comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

The proposed system is the G-Link-200 and the Curtiss-Wright-supported KAM/WSI/104/C / Acra KAM-500 processing architecture. The G-Link-200 contains one or more memories storing firmware and one or more processors executing that firmware; the documented programmable sampling, orientation/derived processing, event-trigger behavior, and wireless communication support onboard executable processing. Connected KAM-500/computer processing may perform additional claimed operations.

> *code to receive first and second data from one or more sensors associated with a wireless communication device (WCD) transported by a mobile thing (MT), the first and second data indicative of movement of the WCD;*

The G-Link-200 triaxial accelerometer produces successive time-associated measurements. An earlier set of accelerometer measurements reads on the first data and later measurements reads on

the second data. Curtiss-Wright documents wireless receipt through KAM/WSI/104/C into Acra KAM-500 and node-packet timing tied to the first sample.

> *code to determine reference data that defines a reference framework from the first data;*

Executable processing determines reference data from the first accelerometer data defining a reference framework, including the relationship of the device-fixed axes to gravity/vertical or another applicable reference direction.

> *code to normalize the second data with the reference data so that the second data can be analyzed in the reference framework; and*

Executable processing uses the reference data to normalize or transform the second accelerometer data so that it can be analyzed in the established reference framework. The later data is processed using the first-data-derived reference relationship.

> *code to identify a mobile thing motion activity (MTMA) associated with the MT based upon the normalized second data.*

Executable processing uses the normalized second data to identify an aircraft MTMA, including acceleration/deceleration, vibration, rotation, impact/shock, or another qualifying aircraft movement state. BWE alleges the complete first-data/reference → normalized-second-data → MTMA chain.

**50.**

Claim 50 of the ’558 Patent, for example, recites:

> *50. The system of claim 42, wherein the system is implemented in the WCD, in a computer system that is remote to the WCD, or in a combination of both.*

The documented architecture permits the claimed system to be implemented in the G-Link-200 WCD, in connected remote computer processing reached through KAM/WSI/104/C and Acra

KAM-500, or in a combination. The code performing the Claim 42 operations is allocated across one or more of those permitted locations.

**51.**

Independent Claim 52 of the ’558 Patent, shown in italics, recites:

> *52. A system for implementation in a wireless communication device (WCD) that is designed to detect a plurality of mobile thing motion activities (MTMAs) associated with a mobile thing (MT), comprising: one or more memories designed to store computer program code; one or more processors designed to execute the computer program code; and wherein the computer program code comprises:*

The G-Link-200 and its programmed operation within the Curtiss-Wright-supported KAM/WSI/104/C / Acra KAM-500 architecture form a system for implementation in a WCD designed to detect multiple aircraft MTMAs. The G-Link-200 is the proposed WCD and contains memory storing firmware and processors executing that firmware; connected processing may perform additional claimed operations. Representative MTMAs include acceleration/deceleration, vibration, rotation, impact/shock, and other qualifying movement states.

> *code to receive a plurality of data sample values from one or more sensors of the WCD that is transported by the MT, the data sample values indicative of movement of the WCD;*

The G-Link-200 triaxial accelerometer supplies a plurality of successive *x*/*y*/*z* data sample values indicative of movement while transported by the aircraft. Curtiss-Wright documents wireless receipt of the supported node data through the KAM/WSI/104/C into the Acra KAM-500 environment.

> *code to compute reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of data sample values;*

Executable processing computes reference data defining a relationship between G-Link-200 sample values and a reference framework, including gravity/vertical or another applicable reference direction, so that successive sample values can be compared consistently.

> *code to calculate movement data based upon the reference data and the data sample values; and*

Executable processing calculates movement data from the G-Link-200 sample values based on the computed reference data. The technical basis includes calibrated triaxial acceleration, accelerometer-derived tilt/pitch/roll, and derived movement outputs.

> *code to determine an MTMA associated with the MT based upon the movement data.*

Executable processing determines an aircraft MTMA from the reference-derived movement data. Representative activities include acceleration/deceleration, vibration, rotation, impact/shock, or another qualifying movement state. The contention is the complete reference-data → movement-data → MTMA chain.

**COUNT V**

**INDUCED INFRINGEMENT OF THE ’951 PATENT**

**52.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-22.

**53.**

Defendant has induced infringement and continues to induce infringement under 35 U.S.C. § 271(b) at least one or more claims of the ’951 Patent by its advertising and instructing users to combine the G-Link-200 family of wireless accelerometer nodes with Defendant’s Acra KAM-500 data-acquisition architecture within the United States.

**54.**

Independent Claim 1 of the '951 Patent, shown in italics, recites:

> *1. A wireless communications device (WCD), comprising: one or more memories that store computer program code; and one or more processors that execute the computer program code, the computer program code comprising:*

The G-Link-200 is the proposed WCD. It contains memory storing firmware and one or more processors executing that firmware to control sensor acquisition, evaluate event conditions, manage event-associated data capture, and perform wireless communication. Documented programmable sampling, derived processing, event-trigger behavior, and wireless communication support onboard executable processing.

> *instructions to enter a first mode of operation involving a first investigation process with one or more sensors, the first investigation process capturing first data with the one or more sensors;*

The G-Link-200 enters an initial event-monitoring state in which its onboard accelerometer captures first acceleration data and evaluates that data for a configured event condition. The G-Link-200 event-triggered operation describes continuous or repeated sample collection at a configured rate with event criteria governing event-associated recording or transmission. This initial sample-collection and event-evaluation state reads on the first investigation process.

> *instructions to determine whether or not the first data is indicative of an activity relating to a user need for assistance, an accident, or a crime; and*

In an accused accident-monitoring configuration, the G-Link-200 evaluates the first acceleration data against programmed criteria to determine whether it may indicate an impact, extreme-deceleration event, or other physical occurrence potentially relating to an accident. Generic vibration triggering alone is not the contention. The accident-related meaning of the selected threshold, duration, channel combination, derived value, or event rule is configuration-specific.

*instructions to, when the first data may involve the activity, enter into a second mode of operation involving a second investigation process that is different than the first investigation process and that involves the one or more sensors and/or one or more other sensors in order to capture second data that is further indicative of the activity.*

When the initial measurements satisfy programmed accident-related event criteria, the node transitions from the initial monitoring/evaluation state into a distinct event-focused sensor-investigation state. In that state, the accelerometer captures additional measurements further indicative of the suspected impact or extreme-deceleration event. G-Link event-trigger documentation describes active-channel data associated with the triggering event, including data surrounding the event. Post-trigger acquisition reads on the claimed second data; the contention is an actual change in sensor investigation/capture, not merely later review or a change in transmission destination.

**55.**

Claim 8 of the '951 Patent, for example, recites:

*8. The system of claim 1, wherein the computer program code further comprises: instructions to compare the first data and/or the second data with reference data; and instructions to detect an event in an environment associated with the WCD based upon the comparison.*

The G-Link-200's event-monitoring firmware compares first and/or second accelerometer data with configured reference data, including event thresholds, duration criteria, channel criteria, derived-value criteria, or equivalent configured reference conditions, and detects an event in the aircraft environment based on that comparison. SensorConnect is used to configure supported wireless-node sampling/event behavior. In the accused accident-monitoring configuration, the detected event is an impact, extreme-deceleration event, or other qualifying accident-related occurrence.

**56.**

Claim 9 of the ’951 Patent, for example, recites:

> *9. The system of claim 8, wherein the comparison is in the time domain, frequency domain, or both.*

At least one accused event comparison is performed in the time domain by evaluating successive time-associated G-Link-200 accelerometer samples against configured event criteria over time. Curtiss-Wright documents node timing in the KAM/WSI/104/C packetized path, and the G-Link-200 event-trigger function operates on sampled sensor data.

**COUNT VI**

**INDUCED INFRINGEMENT OF THE ’273 PATENT**

**57.**

Plaintiff incorporates by reference the allegations of Paragraphs 1-22.

**58.**

Defendant has induced infringement and continues to induce infringement under 35 U.S.C. § 271(b) at least one or more claims of the ’273 Patent by its advertising and instructing users to combine the G-Link-200 family of wireless accelerometer nodes with Defendant’s Acra KAM-500 data-acquisition architecture within the United States.

**59.**

Independent Claim 22 of the ’273 Patent, shown in italics, recites:

> *22. A method, comprising: receiving a time value and three streams of data sample values from an accelerometer of a wireless communication device (WCD) that is transported by a mobile thing (MT), each data sample value indicative of an acceleration of the WCD along an axis of a three dimensional (3D) coordinate system at a corresponding time value;*

The aircraft-carried G-Link-200 is the WCD, and its onboard triaxial accelerometer is the claimed accelerometer. Successive $x(t)$, $y(t)$, and $z(t)$ acceleration measurements form the three streams

along the three device-fixed axes. Curtiss-Wright expressly supports the G-Link-200 family and documents receipt of remote node data through the KAM/WSI/104/C into the Acra KAM-500 architecture. The handbook states that the node packet timestamp corresponds to the first sample in the packet.

> *computing reference data, the reference data defining a relationship between data sample values and a reference framework to enable comparison of 3D sets of data sample values;*

The accused processing computes reference data defining the relationship between the G-Link-200's three-dimensional accelerometer measurements and a reference framework, including the relationship between device-fixed axes and gravity/vertical or another applicable reference direction. That relationship enables different *x*/*y*/*z* sample sets to be compared in a consistent frame. The G-Link-200's calibrated triaxial acceleration and accelerometer-derived tilt/pitch/roll capabilities supply the technical basis.

> *calculating movement data for each set based upon the reference data; and*

Movement data for each three-dimensional sample set is calculated using the computed reference relationship. This requires a real dependency: The reference information is used in interpreting or transforming the *x*/*y*/*z* sample set, rather than merely analyzing each raw axis independently.

> *determining a moving thing motion activity (MTMA) associated with the MT based upon the movement data.*

The reference-derived movement data is used to determine an aircraft MTMA. Representative activities include aircraft acceleration/deceleration, vibration, rotation, impact/shock, or another qualifying movement state. BWE alleges the required causal chain from reference data to movement data to MTMA, not merely that the system records acceleration.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief that the Court enter judgment in their favor and against the Defendant, granting the following relief:

That the Court enter judgment that one or more claims of the '558 Patent have been directly infringed under 35 U.S.C. § 271(a), either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the'951 Patent have been directly infringed under 35 U.S.C. § 271(a), either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '273 Patent have been directly infringed under 35 U.S.C. § 271(a), either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '558 Patent have been indirectly infringed under 35 U.S.C. § 271(b), either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the'951 Patent have been indirectly infringed under 35 U.S.C. § 271(b), either literally and/or under the doctrine of equivalents, by Defendant;

That the Court enter judgment that one or more claims of the '273 Patent have been indirectly infringed under 35 U.S.C. § 271(b), either literally and/or under the doctrine of equivalents, by Defendant;

That Defendant be ordered to pay damages adequate to compensate Plaintiff for its acts of infringement, pursuant to 35 U.S.C. § 284;

That Plaintiff be awarded increased damages under 35 U.S.C. § 284 due to Defendant's willful infringement of the '558,'951, and '273 Patents;

That the Court find that this case is exceptional and award Plaintiff reasonable attorneys' fees pursuant to 35 U.S.C. § 285;

That Defendant, its officers, agents, employees, and those acting in privity with it, be preliminarily enjoined from further infringement, contributory infringement, and/or inducing infringement of the patent-in-suit, pursuant to 35 U.S.C. § 283;

That Defendant, its officers, agents, employees, and those acting in privity with it, be permanently enjoined from further infringement, contributory infringement, and/or inducing infringement of the patent-in-suit, pursuant to 35 U.S.C. § 283;

That Defendant be ordered to pay prejudgment and post-judgment interest;

That Defendant be ordered to pay all costs associated with this action; and

That Plaintiff be granted such other and additional relief as the Court deems just, equitable, and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b), Plaintiffs demands a jury trial on all issues justiciable by a jury.

Respectfully Submitted,

Dated: October 21, 2026

/s/ Brett Thomas Cooke

Brett Thomas Cooke
State Bar No. 24055343
brett@eurekaiplaw.com

**Eureka Intellectual Property Law, PLLC**
20507 Tamarron Drive
Humble, TX 77346
Telephone: (832) 287-7039

*Attorney for Plaintiff*